PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Roderick S. McQueen  Cr.: 14-00495-001
PACTS #: 67737

Name of Sentencing Judicial Officer:   THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/09/2015

Original Offense:   Count One: Possession of a Firearm by a Convicted Felon; 18 U.S.C., Section 922(g)(1)

Original Sentence: 88 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Gang Associate/Member, Mental Health Treatment

Type of Supervision: Supervised Release   Date Supervision Commenced: 11/06/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender tested positive for THC on October 26, 2020 and January 29, 2021. He has signed admission forms admitting he used marijuana.

U.S. Probation Officer Action:

The offender has been honest about his drug usage and acknowledged he has been using marijuana as a way of self-medicating to cope with the death of his parents.  The offender has been referred to COPE Center in Montclair, New Jersey for a mental health and substance abuse assessment.  He has been advised that if he complies with treatment, no adverse action will be taken against him.

The offender also has a pending criminal matter pending in state court which Your Honor was notified about on September 21, 2020.  At this time, it is respectfully recommended no action be taken to allow the offender time to participate in treatment and for the criminal matter to be resolved.

Prob 12A – page 2
Roderick S. McQueen

Should the offender commit additional violations of supervised release, fail to comply with treatment or have the criminal matters resolved, the Court will be apprized as to the recommended action taken by the probation office.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: PATRICK HATTERSLEY
Senior U.S. Probation Officer

/ ph

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.02.05 12:09:32 -05'00'

LUIS R. GONZALEZ                     Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Katharine S. Hayden
U.S. District Judge

Date: 2/12/2021